AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CM_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Antonio MARTINEZ-Menjivar | ) Case No. **SA:25-MJ-197** |
| XXX XXX 378 | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/10/2025__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry<br><br>Penalties: Maximum Penalties: 2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Ignacio A Cantu* (Digitally signed by IGNACIO A CANTU. Date: 2025.02.10 11:09:56 -06'00')

*Complainant's signature*

Ignacio A. Cantu, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 02/10/2025

City and state: San Antonio, Texas

Honorable Richard B. Farrer, U.S. Magistrate Judge

*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Ignacio Cantu, and I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO). I have been employed by ICE ERO since October 24, 2011. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On February 10, 2025, an ICE/ERO officer conducted physical surveillance at a specified address in San Antonio, Texas (hereafter "target address") which is located in the Western District of Texas attempting to locate (J.M.) an alien unlawfully present in the United States.

An ICE/ERO Officer observed a male subject matching the description of the target individual enter the driver's side of a vehicle. At approximately 0730am, ICE/ERO officers initiated a vehicle stopped at 200 block of Avondale Ave. San Antonio, Texas, within the Western District of Texas.

ICE/ERO officers verbally ordered the subject to get out of the vehicle, but the driver refused multiple commands. At approximately 0746am an ICE/ERO officer used a window break device to break the vehicle's rear driver side window.

Once out of the vehicle, the subject identified himself as Luis Antonio MARTINEZ-Menjivar, DOB: 12/02/1988, a citizen and national of El Salvador, (hereafter MARTINEZ). MARTINEZ verbally stated he had been previously removed from the U.S. on several occasions and is currently illegally present in the U.S. ICE/ERO officers confirmed he was not the target individual (J.M.).

ICE/ERO Officers arrested MARTINEZ and transported him to the ICE/ERO San Antonio Resident Office for processing.

At the ICE/ERO office, MARTINEZ' fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. Databases reveal that MARTINEZ is a citizen and national of El Salvador with assigned Alien Registration Number A-XXX-XXX-378.

A review of A-XXX-XXX-378 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that MARTINEZ is an alien who was previously removed from the United States to Mexico on or about July 12, 2018.

Immigration databases revealed that MARTINEZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removal.

Based on the foregoing facts, there is probable cause to believe that MARTINEZ has illegally re-entered the United States in violation of Title 8 United States Code, Section 1326(a).

*I. A. Cantu*

_____
Ignacio A. Cantu
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 10th day of February 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE